# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 3:17CR125 |
| Plaintiff | : | Judge Thomas M. Rose |
| v. | : | |
| JOSE ALFREDO JIMENEZ-CRUZ | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE OF PROPERTY
## AS TO DEFENDANT JOSE ALFREDO JIMENEZ-CRUZ

WHEREAS, on January 18, 2018, this Court entered a Preliminary Order of Forfeiture, (Doc. 40) ordering the forfeiture, pursuant to 21 U.S.C. § 853 of a 2004 Dodge Ram Truck, VIN #1D7HU18D74J203532.

WHEREAS, the United States published notice of this forfeiture action and the correct VIN #1D7HU18D74J203252 and the intent of the United States to dispose of the property in accordance with law, and further notified all parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the property, beginning on January 20, 2018 and continuing for at least thirty (30) consecutive days, on the www.forfeiture.gov website and again beginning on March 28, 2018 and continuing for at least thirty (30) consecutive days, on the www.forfeiture.gov website (Doc.37); and

WHEREAS, the United States sent direct written notice of the Preliminary Order of Forfeiture to Ashley Jimenez; and

WHEREAS, no timely petition has been filed to the property listed above; and

WHEREAS, the Court finds that defendant had an interest in the property; the United States has established the requisite nexus between the property and the offense; and the United States has established that the property is subject to forfeiture pursuant to 21 U.S.C. § 853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture entered in this action on January 13, 2017 (Doc. 40), ordering the forfeiture, pursuant to 21 U.S.C. § 853, of a 2004 Dodge Ram Truck, VIN #1D7HU18D74J203252 is final;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and the United States has clear title to the property described above; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the custodian of the property is hereby authorized to dispose of the property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: May 9, 2018          *s/Thomas M. Rose
                            _____
                            THOMAS M. ROSE
                            UNITED STATES DISTRICT COURT JUDGE